United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROY WILLIAM LEDFORD,
Plaintiff,

v.

SAN FRANCISCO POLICE DEPARTMENT,
Defendant.

Case No. 26-cv-06596-JSC

**ORDER OF DISMISSAL**

On July 30, 2026, Plaintiff's civil rights complaint was dismissed for failure to present a claim capable of judicial review and determination. (ECF No. 6.) Plaintiff was granted 28 days to file an amended complaint, and warned that if he did not do so the case would be dismissed. (*See id.*) He has not filed an amended complaint, requested an extension of time, or shown cause why not. This case is accordingly DISMISSED with prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 25, 2026

JACQUELINE SCOTT CORLEY
United States District Judge